# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>Larry Dean Drommerhausen<br>*Defendant* | )<br>)<br>) Case No 4:16MJ78<br>)<br>) |

FILED
APR 29 2016
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

**SEALED**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the dates <u>from October to November 2015</u> in the city of <u>Newport News</u> in the Eastern District of Virginia <u>and elsewhere</u>, the defendant violated:

| Code Section(s) | Offense Description(s) |
|---|---|
| 18 U.S.C. § 2251(a) | Any person who employs, uses, persuades, induces, entices, or coerces any minor to engage in, or who has a minor assist any other person to engage in, or who transports any minor in or affecting interstate or foreign commerce…with the intent that such minor engage in, any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct shall be punished. |

This criminal complaint is based on these facts: **Please see attached Affidavit.**

READ AND REVIEWED:

*/s/ Lisa R. McKeel*
Lisa R. McKeel
Assistant United States Attorney

☒ Continued on the attached sheet.

*/s/ Heather Call*
Complainant's signature

Heather Call, FBI Task Force Officer
Printed name and title

Sworn to before me and signed in my presence.

Date: April 29, 2016

*/s/ Lawrence R. Leonard*
Judge's signature

City and state: Norfolk, VA

Lawrence R. Leonard
United States Magistrate Judge
Printed name and title